800-1983 A

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 1 3 2017

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## United States District Court

_____ District

Curtis Clifton
**Plaintiff**

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

**vs**   Case Number: _____   2:17-cv-24-BRW

Margo Wolfe, David Barnes, et. al.,
**Defendant**

I, Curtis Clifton _____ declare that I am the Plaintiff in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this motion, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated ?   ☑ Yes ☐ No

   If "**Yes**" state the place of your incarceration  ADC, Delta Regional Unit

   Are you employed at the Institution ?   ☐ Yes ☑ No

   Do you receive payment from the Institution ?   ☐ Yes ☑ No

   Have the Institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the Institution of your incarceration showing at least the past six month's transactions.

2. Are you currently employed ?   ☐ Yes ☑ No

   a. If the answer is "**Yes**" state the amount of your take home salary or your wages and pay period and give the name and address of your employer. _____

   b. If the answer is "**No**" state the date of your last employment, the amount of your take home salary or wages and pay period and the name of your last employer. 2014, Conway AR, Wonder State Box, $8.50/hr

3. In the past 12 months I have **not** received any money from the following sources: business, profession, self-employment, rent payments, interest or dividends, pensions, annuities, life insurance, disability or worker compensation payments, gifts, or inheritance payments, or any other source. If your answer is "**Yes**" to any of these, state the amount(s) and the source.  None

6

4. Do you have any cash or checking or savings accounts, or do you own any real estate, stocks, bonds, securities, or other financial instruments, automobiles or other valuable property ? If your answer is **"Yes"**, describe the property or financial instruments and it's value : _____
_____

5. List the persons who are dependent on your for support. State your relationship to each person and indicate how mush you contribute to their support._____
_____
_____
_____
_____

I declare under penalty of perjury that the above information is true and correct to the best of my knowledge and belief.

2-7-17
Date

Signature of Applicant

## NOTARY SERVICE

STATE OF ARKANSAS       )
                        ) §
COUNTY OF Chicot        )

SUBSCRIBED AND SWORN TO BEFORE ME, a *Notary Public*, on this 7th day of February, 20 17.

Notary Public

My Commission Expires : 01-25-2021

LESTER CHARLES FAUSNIGHT
NOTARY PUBLIC-STATE OF ARKANSAS
CHICOT COUNTY
My Commission Expires 01-25-2021
Commission # 12388353

## CERTIFICATE
(Incarcerated Applicants Only)
(To be completed by the Institution of Incarceration)

I certify that the applicant, Curtis Clifton #650436, has the sum of $ 0.05 on account to his credit at (name of institution) Delta Regional Unit. I further certify that the applicant has the following securities to his Credit : N/A.

I further certify that during the past six months the applicants average balance was $ 3.11. I further certify that during the last six months the applicants average monthly deposit was $ 23.31.

2-9-17
Date

Signature of Authorized Officer

## CALCULATION OF INITIAL PAYMENT OF FILING FEE

Plaintiff: Curtis Clifton

ADC #: 650436

Case Number (If Known): _____

Total Deposits for last six months: $ 139.88

Average monthly deposit (total deposits divided by 6): $ 23.31

Total Balances for last six (6) months: $ 18.68

Average monthly balance: (total balances divided by 6): $ 3.11

Current Account Balance: $ 0.05

Initial Payment of Filing Fee as of 2-9-17: $ 4.66

(The greater of the average monthly deposit or the average monthly balance X .20(20%))

2-9-17
Date

_____
Signature of Authorized Official

8