800-1983 A

# FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
2017 FEB 13 AM 9:41
JAMES W. McCORMACK
BY:_____

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 1 3 2017
JAMES W. McCORMACK, CLERK
By:_____ JBu_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF ARKANSAS

_____ DIVISION

CASE NO. _____

2:17-cv-24-BRW

I. Parties:

In items A below, place your full name, ADC #, and address in the spaces provided. Do the same for additional plaintiffs, if any.

A.) Name of plaintiff: Curtis Clifton
ADC# 650436
Address: 880 E. Gaines St., Dermott AR 71638

Name of plaintiff _____
ADC# _____
Address: _____

This case assigned to District Judge __Wilson__
~~and to Magistrate Judge~~ __Volpe__

Name of plaintiff _____
ADC# _____
Address: _____

In item B below, place the full name, official position, place of employment, and address in the spaces provided. Do the same for additional defendants, if any.

B.) Name of defendant: Margo Wolfe
Position: Parole Officer
Place of employment: St. Francis Co Parole / ACC
Address: 409 N Rosser St., Forrest City, AR 72335

Name of defendant: David Barnes
Position: head jailor
Place of employment: Cross County Jail
Address: 704 E. Canal, Wynne AR 72396

Name of defendant: Mike Bachand
Position: Jail Administrator
Place of employment: Cross County Jail
Address: 704 E. Canal, Wynne AR 72396

Name of defendant: J.R. Smith
Position: Sheriff
Place of employment: Cross County Sheriffs Dept
Address: 704 E Canal, Wynne AR 72396

1

Name of defendant : _____
Position : _____
Place of employment: _____
Address : _____

Name of defendant : _____
Position : _____
Place of employment: _____
Address : _____

II.   Are you suing the defendants in :

    A.)   official capacity only
    B.)   personal capacity only
    (C.)   both official capacity and personal

III.  Previous lawsuits

    A.)   Have you begun other lawsuits in state or federal court dealing with the same Facts involved in this action ?    ☐ Yes  ☑ No

    B.)   If your answer is **yes**, describe the lawsuit in the space below.
(If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)  Parties to the previous lawsuit :

Plaintiffs : N|A _____
_____
_____

Defendants : _____
_____
_____

Court (if federal court, name the district; if state, name the county) :
_____

Docket Number : _____
Name of judge to whom case was assigned : _____

Disposition : (for example : Was the case dismissed ? Was it appealed ?)
_____

Approximate date of filing lawsuit : _____
Approximate date of disposition : _____

IV.   Place of present confinement : ADC - Delta Regional Unit
880 E Gaines St, Dermott AR 71638

V.    At the time of the alleged incident(s), were you : (Check the appropriate blank)

    ____ in jail and still awaiting trial on pending criminal charges;

    ____ serving a sentence as a result of a judgment of conviction;

    ✓ in jail for other reasons (e.g. alleged probation violation, etc. )

Explain: In Jail/Prison on Parole Violation

VI.  The prison litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each claims asserted in this complaint may result in the dismissal without prejudice of all claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint ?   ☑ Yes ☐ No

B. Did you completely exhaust the grievance(s) by appealing to all levels within the Grievance procedure ?   ☑ Yes ☐ No

If **not**, why ? _____

VII. Statement of Claim.

State here, (as briefly as possible), the <u>facts</u> of your case. Describe how each Defendant is involved. Include also the names of other people involved, dates, and places. **Do not** give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 10-14-16 I was arrested and placed in Cross County Jail. On 10-18-16, Mrs. Lee with ACC, presented me with a waiver form which stated I was to serve a 90 day parole violation in Cross County Jail. I signed the waiver accepting the 90 day parole violation. My parole officer at this time was Mrs. Margo Wolfe. She is the one who prepared all my paperwork, including the waiver. Mrs. Lee explained to me that my 90 day P.V. is essentially a 6 month P.V. which I earn 3 months good time on, resulting in my only having to serve 3 months. All these facts are clearly laid out on the "Arkansas Parole Board, waiver of revocation hearing form."

On 12-15-16 (approx) Mrs Wolfe sent paperwork to Cross County jail regarding my good behavior or lack of good behavior. The paperwork was signed and returned by Jailor David Barnes. It indicated that I did not maintain good behavior while in Cross County Jail. At this time, Mrs Wolfe revoked my 90 day parole violation, stripping me of 3 months good time, which is ~~resulting~~ resulting in my having to serve at least 6 months. The form that David Barnes returned to P.O. Wolfe cleary indicates that only the Sheriff, Jail Administrator, or who they designate is as the only people who have/had the authority to sign these forms. On 12-15-16 P.O. Wolfe, sent the paperwork to ADC indicating my 90 day P.V. is revoked, and I am to serve a minimum of

Delta Unit
Legal Use Only

## VII. "Statement of Claim" (cont.)

6 months before my release. I was never given any type of notice about this loss of good time or revocation of my 90 day violation.

Under the Procedural Due Process Rights, anytime a prisoner loses good time days because of bad behavior/violation of jail rules, the prisoner is entitled to: 1.) written notice of the violation 2.) Right to call witnesses at a hearing 3.) assistance in preparing for the hearing 4.) A written statement of the reasons for being found guilty 5.) A fair and impartial decision maker at the hearing.

I was clearly deprived of every single one of these rights. I only found out that my 90 day violation was revoked because I submitted a request concerning my parole plan. I thought I was scheduled to be released on January 17th when my 90 day violation was over. I was extremely shocked to learn I had 3 months good time taken from me without my even knowing about it.

Several facts in this case I learned because my mother, Wanda Herrera, went to Cross County to find out why my 90 day violation was revoked. While she was at the jail, David Barnes told her he signed the forms indicating I did not maintain good behavior in Cross County Jail because, I allegedly confessed to him I was in fight and broke my hand. He also claimed to have transported me to the hospital for my hand and that is where the confession took place. I swear under penalty of perjury that David Barnes lied in all those statements. I never confessed anything, nor did I even have the chance to, I will pursue these matters

in a seperate and forthcoming lawsuit though. I don't want to take the focus off the main issue in this case which is my Procedural Due Process Rights, and how they were clearly and grossly violated.

In Summary, I have not had any disciplinary problems at all. Not even a minor infraction. So there is absolutely no reason I was stripped of 3 months good time. Especially since I was never even given any type of notice.

VIII. Relief:

State briefly exactly what you want the court to do for you. **Make no legal arguments.** Cite no cases or statutes. grant relief in the amount of $1,000 for every day my incarceration carries on past 1-17-17, this is for violating my Procedural Due Process Rights guaranteed under the 14th Amendment.

I also ask the Court to grant my immediate release from prison. I have completed the the violation I signed for and agreed to serve. I have clearly laid out the facts demonstrating how my Procedural Due Process Rights were violated.

I declare under penalty of perjury, (18 U.S.C. § 1621) that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 6th day of Febuary, 2017.

Respectfully Submitted,

Curtis C.  [signature]

4

## CERTIFICATE OF SERVICE

I, __Curtis Clifton__, the Petitioner herein, do hereby certify that on this __7__ day of __February__, 20__17__, a copy of the foregoing was served on the following by placing in the US mail with sufficient postage affixed to ensure delivery to :

Pro Se Law Clerk
600 West Capitol, Suite 402
Little Rock, AR 72201-3325

_____
Petitioner, *Pro se*

**STATE OF ARKANSAS** )
                     )§
**COUNTY OF CHICOT**  )

SUBSCRIBED AND SWORN TO BEFORE ME, a *Notary Public*, on this __7th__ day of __February__, 20__17__.

_____
Notary Public

My Commission Expires : __01-25-2021__

```
LESTER CHARLES FAUSNIGHT
NOTARY PUBLIC-STATE OF ARKANSAS
CHICOT COUNTY
My Commission Expires 01-25-2021
Commission # 12388353
```