# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**CURTIS CLIFTON** **PLAINTIFF**
**ADC #650436**

**VS.** **2:17CV00024-BRW**

**MARGO WOLFE, Parole Officer,**
**St. Francis County;** *et al.* **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition (Doc. No. 4) submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Proposed Findings and Recommended Disposition are ADOPTED IN PART.

Accordingly, Defendant's Mike Bachand and J.R. Smith are DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

Plaintiff's Motion to Amend Complaint (Doc. No. 5) is GRANTED, and the requested relief for immediate release will no longer be considered.

This case is REFERRED to Magistrate Judge Volpe for further proceedings.

IT IS SO ORDERED this 1st day of March, 2017.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE