IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| CURTIS CLIFTON<br>ADC #650436 | PLAINTIFF |
| v. 2:17CV00024-BRW | |
| MARGO WOLFE, Parole Officer,<br>St. Francis County; *et al.* | DEFENDANTS |

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, I approve and adopt the Proposed Findings and Recommended Disposition in their entirety.

Accordingly, Defendant Wolfe's Motion to Dismiss (Doc. No. 22) is GRANTED. The rationale advanced by Defendant Wolfe also applies to Defendant Barnes. Therefore, Plaintiff's Complaint (Doc. No. 2) is DISMISSED for failure to state a claim on which relief may be granted.

Dismissal of Plaintiff's Complaint constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the Recommendations, and the accompanying Judgment, would not be taken in good faith.

IT IS SO ORDERED this 15th day of June, 2017.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE